

May 14, 2025

Via ECF

Hon. Jennifer L. Rochon, U.S.D.J.
500 Pearl Street
New York, New York 10007

> The Court shall address the request at the May 21, 2025 conference.
>
> SO ORDERED.
>
> Dated: May 15, 2025
> New York, New York
>
> **JENNIFER L. ROCHON**
> **United States District Judge**

      RE:    USA vs Wenlis Delarosa *et al.*
                  24-cr-376

Dear Judge Rochon:

    I am CJA counsel for Wenlis Delarosa. Our attorney client relationship has broken down to a point that is adversely affecting my ability to effectively represent him. He has indicated to me that he wants new counsel. I am willing to continue representing Mr. Delarosa; however, I believe assigning him a new attorney would better ensure he receives effective assistance of counsel.

    On May 21, 2025 there is a status conference for this case. I am respectfully suggesting that Your Honor have the CJA duty attorney available for a change of counsel hearing that day, in the event Mr. Delarosa continues to request new counsel.

                                     Respectfully yours,

                                     */s/Thomas Ambrosio*
                                     Thomas Ambrosio

cc:    Wenlis Delarosa (via regular mail)

750 Valley Brook Avenue | Lyndhurst | New Jersey 07071 | 201.935.3005 | 201.935.7667 ∞ fax
tambrosio@legal750.com