**MORRISON FOERSTER**

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, MIAMI, NEW
YORK, PALO ALTO, SAN DIEGO, SAN
FRANCISCO, SHANGHAI, SINGAPORE,
TOKYO, WASHINGTON, D.C.

June 20, 2025

Writer's Direct Contact
+1 (212) 336-4045
HHan@mofo.com

Via ECF

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
500 Pearl Street
New York, NY 10007-1312

Re:    United States v Wenlis DeLaRosa: 1:24-cr-00376-JLR-4

Dear Judge Rochon:

I am one of several attorneys for Wenlis DeLaRosa in the above referenced case associated with the firm of Morrison & Foerster LLP. I write to respectfully request the court endorse its permission for me to withdraw as counsel.

Wenlis DeLaRosa will continue to be represented by other attorneys of Morrison Foerster who have previously appeared in this action. A status conference is scheduled on July 16. 2025 at 10:30 a.m. The withdrawal will not cause or result in any delay or prejudice, and I am not asserting a retaining or charging lien.

Wherefore, I respectfully request that my withdrawal as counsel for Wenlis DeLaRosa be granted and the clerk be directed to remove me from the CMECF service list.

Sincerely,

Heather Han
Associate

Heather Han's request to withdraw as counsel in this matter is GRANTED. The Clerk of Court is respectfully directed to terminate Ms. Han from the docket and remove Ms. Han from the CMECF service list.

Dated: June 23, 2025
       New York, New York

SO ORDERED.

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**