UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>WENLIS DELAROSA,<br><br>Defendant. | Case No. 1:24-cr-00376-JLR-4<br><br>**ORDER GRANTING MOTION TO ADMIT COUNSEL *PRO HAC VICE*** |

The motion to admit Samrin A. Ali as counsel *pro hac vice* in the above-captioned case is granted. The admitted attorney, Samrin A. Ali, is permitted to argue or try this particular case in whole or in part as counsel for defendant Wenlis Delarosa.

This Order becomes effective upon the Court's receipt of the required $200.00 fee and confirms the appearance of Samrin A. Ali as counsel of record in this case. A notation of the admission of Samrin A. Ali *pro hac vice* in the above-captioned case will be made on the roll of attorneys.

Dated:   August 4, 2025

_____
Hon. Jennifer L. Rochon
United States District Judge

MOFO-358039008