

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

December 4, 2025

**BY ECF**
The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    *United States v. Wenlis Delarosa*, 24 Cr. 376 (JLR)

Dear Judge Rochon:

      The Government writes respectfully in advance of the conference in the above-referenced case scheduled for Wednesday, December 10, 2025, at 3:00 p.m. Prior to the last conference on November 5, 2025, the Government had conferred with counsel to ensure that counsel had received all the discovery from the defendant's prior counsel. At that time, counsel informed the Government that it was missing certain productions, which the Government reproduced to counsel. Recently, counsel made the Government aware that they were missing additional productions. The Government reproduced that material earlier this week, which includes data from cellphone extractions. The Government understands that counsel requests an approximately 60-day adjournment to allow counsel to review this material and prepare for the next conference. The Government consents to the request for an adjournment and respectfully requests that time be

Letter Motion GRANTED. The status conference is adjourned from December 10, 2025 to **February 10, 2026 at 10:00 a.m.** Speedy trial time is excluded until February 10, 2026. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the parties' continued need to review discovery.

**SO ORDERED.**

Dated: December 5, 2025
      New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Honorable Jennifer L. Rochon
United States District Judge
December 4, 2025
Page 2

excluded through the date of the next conference for the reasons stated above.  The Government understands that counsel consents to the exclusion of time here.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____

Lisa Daniels
Alexandra S. Messiter
Henry L. Ross
Assistant United States Attorneys
Southern District of New York
Tel: (212) 637-2955 / -2544 / -2442

Cc:    Counsel of record (by ECF)