MORRISON FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SEATTLE, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

August 11, 2026

Writer's Direct Contact
+1 (212) 468-8049
CCohen@mofo.com

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Letter Motion GRANTED. The sentencing is adjourned from August 19, 2026 to **September 24, 2026 at 12:00 p.m.**

Dated: August 12, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

**Re: *United States v. Wenlis Delarosa*, 24 Cr. 376 (JLR)**

Dear Judge Rochon:

We represent Wenlis Delarosa in the above-referenced matter. We write to respectfully request that Mr. Delarosa's sentencing hearing, currently scheduled for Wednesday, August 19, 2026, at 11:00 a.m., be adjourned to September 24, 25, or 30, 2026, to provide the defense sufficient time to prepare for sentencing following receipt of the final Presentence Investigation Report on August 7, 2026.

This is the first request for an adjournment of the sentencing hearing date and the Government consents to this request.

Respectfully submitted,

/s/ Carrie H. Cohen
Carrie H. Cohen

*Attorney for Mr. Wenlis Delarosa*

cc: Counsel of record (by ECF)