MORRISON FOERSTER

250 WEST 55TH STREET
NEW YORK
NEW YORK 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AMSTERDAM, AUSTIN, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SEATTLE, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

September 24, 2026

Writer's Direct Contact
+1 (212) 468-8049
CCohen@mofo.com

Letter Motion GRANTED and Defendant is permitted to file his sentencing submission with the limited redactions as set forth in Dkt. 141. This resolves the motion at Dkt. 136.

Date: October 7, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

The Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Wenlis Delarosa*, 24 Cr. 376 (JLR)**

Dear Judge Rochon:

We represent Wenlis Delarosa in the above-referenced matter. We write to respectfully request permission to redact limited personal information contained in Mr. Delarosa's sentencing submission and drawn from the Presentence Investigation Report. The proposed redactions are limited to personal information concerning Mr. Delarosa and third parties that is not necessary to the public's understanding of the issues before the Court. *See United States v. Greenwood*, 145 F.4th 248, 256 (2d Cir. 2025) ("Higher values that may justify redactions include 'the privacy interests of innocent third parties as well as those of defendants that may be harmed by disclosure,' [ ] as well as "[f]inancial records . . . , family affairs, illnesses, [and] embarrassing conduct with no public ramifications . . . . " (internal citations omitted)). We have shared the proposed redactions with the Government, and its position is forthcoming.

Respectfully submitted,

/s/ Carrie H. Cohen
Carrie H. Cohen

*Attorney for Mr. Wenlis Delarosa*

cc: Counsel of record (by ECF)